UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM B. STALLINGS, <br><br> Plaintiff, <br><br> v. <br><br> SEA STAR LINE, LLC, SALTCHUK RESOURCES, INC., LEONARD SHAPIRO, HORIZON LINES, LLC, and CROWLEY LINES SERVICES, INC. <br><br> Defendants. | No. 3:13-cv-52-J-39JBT <br><br> **FILED *IN CAMERA* AND UNDER SEAL** |

### STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST SEA STAR LINE, LLC, SALTCHUK RESOURCES, INC., LEONARD SHAPIRO, AND HORIZON LINES, LLC

This action was filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§3729-3733, by relator William B. Stallings. Pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1), and in accordance with the terms of a settlement agreement among the United States, the relator, and defendant Horizon Lines, LLC, and a separate settlement agreement among the United States, the relator, and defendants Sea Star Line, LLC, Saltchuk Resources, Inc., and Leonard Shapiro, the United States and the relator hereby stipulate, through their undersigned counsel, to the entry of an order of dismissal as to defendants Sea Star Line, LLC, Saltchuk Resources, Inc., Leonard Shapiro, and Horizon Lines, LLC. This Stipulation of Dismissal has no effect on claims and allegations against defendant Crowley Lines Services, Inc.

A proposed order is attached.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        MICHAEL D. GRANSTON
        JAMIE A. YAVELBERG

        /s/ Andrew A. Steinberg
        ANDREW A. STEINBERG
        Attorneys, U.S. Department of Justice
        Civil Division, Commercial Litigation Branch
        P.O. Box 261
        Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 616-1437
        Fax: (202) 307-3852
        E-mail: andrew.steinberg@usdoj.gov

Dated: March 3, 2014        Counsel for the United States


        /s/ Charles P. Pillans, III
        CHARLES P. PILLANS, III
        Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
        Florida Bar No. 0100066
        101 East Adams Street
        Jacksonville, FL 32202
        Tel: (904) 353-0211
        Fax: (904) 353-9307
        E-mail: cpp@bedellfirm.com

Dated: March 3, 2014        Counsel for Relator William B. Stallings

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2014, a copy of the Stipulation of Dismissal as to Claims Against Sea Star Line, LLC, Saltchuk Resources, Inc., Leonard Shapiro, and Horizon Lines, LLC, and the proposed order were served via first-class mail, postage prepaid, on counsel for Relator William B. Stallings:

Charles P. Pillans, III
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
101 East Adams St.
Jacksonville, FL 32202

/s/ Andrew Stein
ANDREW A. STEINBERG
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-1437
Fax: (202) 307-3852
Andrew.Steinberg@usdoj.gov