UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel WILLIAM B. STALLINGS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:13-cv-52-J-39JBT<br>) |
| CROWLEY LINER SERVICES, INC., | )<br>) |
| Defendant. | )<br>) |

## STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST CROWLEY LINER SERVICES, INC.

This action was filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, by Relator William B. Stallings. Pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1), the United States and the Relator hereby stipulate, through their undersigned counsel, to the entry of an order of dismissal with prejudice as to the Relator and without prejudice as to the United States. Defendant Crowley Liner Services, Inc. has authorized the undersigned counsel for the Relator to represent to the Court that it has no objection to the entry of the attached proposed order of dismissal.

                                  Respectfully submitted,

                                  STUART F. DELERY
                                  Assistant Attorney General

                                  MICHAEL D. GRANSTON
                                  JAMIE A. YAVELBERG

                                  */s/ Andrew Steinberg*
                                  ANDREW A. STEINBERG
                                  Attorneys, U.S. Department of Justice
                                  Civil Division, Commercial Litigation Branch
                                  P.O. Box 261
                                  Ben Franklin Station
                                  Washington, DC 20044
                                  Telephone:   (202) 616-1437
                                  Facsimile:    (202) 307-3852
                                  E-Mail: andrew.steinberg@usdoj.gov
Dated: May 1, 2014               Counsel for the United States


                                  */s/ Charles P. Pillans*
                                  CHARLES P. PILLANS, III
                                  Florida Bar No. 0100066
                                  Primary: cpp@bedellfirm.com
                                  John G. Woodlee
                                  Florida Bar No. 0100990
                                  Primary: jgw@bedellfirm.com
                                  Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
                                  The Bedell Building
                                  101 East Adams Street
                                  Jacksonville, Florida 32202
                                  Telephone:   (904) 353-0211
                                  Facsimile:    (904) 353-9307
Dated: May 1, 2014              Counsel for Relator William B. Stallings

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel WILLIAM B. STALLINGS, Plaintiff, v. CROWLEY LINER SERVICES, INC., Defendant. | ) ) ) ) ) ) ) Case No. 3:13-cv-52-J-39JBT ) ) ) ) ) |

## ORDER OF DISMISSAL AS TO CLAIMS AGAINST CROWLEY LINER SERVICES, INC.

Upon consideration of the Stipulation of Dismissal, it is hereby ORDERED that the claims alleged in this *qui tam* action against Crowley Liner Services, Inc. (Crowley) are hereby dismissed with prejudice as to the Relator and dismissed without prejudice as to the United States with the Relator and Crowley to each bear their own attorney's fees and cost.

So Ordered this _____ day of _____, 2014.

HON. BRIAN J. DAVIS
United States District Judge