UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, EX
REL. and WILLIAMS B. STALLINGS,

    Plaintiffs,

v.                                              Case No: 3:13-cv-52-J-39JBT

CROWLEY LINER SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal as to Claims against Crowley Liner Services, Inc. (Doc. 18; Stipulation) filed on May 2, 2014. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice as to the Relator and without prejudice as to the United States of America. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice** as to the Relator and **DISMISSED without prejudice** as to the United States of America.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 6th day of May, 2014.

                                                     BRIAN J. DAVIS
                                                     United States District Judge

- 2 -

em

Copies to:

Counsel of Record